**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Bertucci,<br><br>    Plaintiff,<br><br>vs.<br><br>GES Exposition Services, an Arizona corporation; Marriott International, Inc., a Delaware corporation; J.W. Marriott Desert Ridge and Spa, an Arizona business entity<br><br>    Defendants. | No. CV-06-1233-PHX-LOA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff having timely complied with this Court's March 19, 2007 Order to Show Cause,

**IT IS ORDERED** that the March 19, 2007 Order to Show Cause is hereby **DISCHARGED**.

DATED this 22nd day of March, 2007.

Lawrence O. Anderson
United States Magistrate Judge